**Dismissed and Memorandum Opinion filed April 17, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00164-CR

**RONALD KEITH OLTMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1364712**

## M E M O R A N D U M   O P I N I O N

Appellant entered a nolo contendere plea to indecency with a child. In accordance with the terms of a plea bargain agreement with the State, the trial court reduced the degree of the offense, and sentenced appellant to confinement for four years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.
Do Not Publish — TEX. R. APP. P. 47.2(b)